UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| RICHARD REX REAN,<br>a/k/a EMIL DAML,<br><br>      Plaintiff,<br><br>v.<br><br>DAKOTA COUNTY, and<br>STATE OF MINNESOTA,<br><br>      Defendants. | Civil No. 07-3329 (JNE/JJG)<br><br><br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to proceed in forma pauperis, (Docket No. 3), is DENIED;

2. Plaintiff's "Request for an Injunction," (Docket No. 2), is DENIED; and

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: August 20, 2007

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            Judge, U.S. District Court