≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard Rex Rean

V.

Dakota County and State of Minnesota

**JUDGMENT IN A CIVIL CASE**

Case Number: 07-3329 JNE/JJG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's motion to proceed in forma pauperis, (Docket No. 3), is DENIED;

2. Plaintiff's "Request for an Injunction," (Docket No. 2), is DENIED; and

3. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

| August 20, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/V. Moralez |
| | (By)   V. Moralez,   Deputy Clerk |

Form Modified:  09/16/04